UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLES C. WANAMAKER, III,

    Petitioner,

vs.                            Case No. 3:05-cv-1181-J-20HTS

JAMES V. CROSBY, et al.,

    Respondents.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner filed a Petition (Doc. #1) for writ of habeas corpus on November 17, 2005; however, Petitioner did not pay the $5.00 filing fee or file a request to proceed *in forma pauperis* within thirty days of the commencement of the action. Thus, pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida, this action will be dismissed without prejudice. *See also* 28 U.S.C. §§ 1914(a), 1915(a)(1).

If Petitioner decides to initiate a new habeas corpus case, he must pay the $5.00 filing fee or file a request to proceed *in forma pauperis* within thirty days of the commencement of the new action.

Accordingly, it is now

**ADJUDGED:**

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of the Court** shall send Petitioner a form for use in Section 2254 cases and an Affidavit of Indigency form. If

Petitioner decides to initiate a new habeas corpus case, he may complete and submit these forms. Petitioner should not place this case number on the forms. The Clerk will assign a separate case number if Petitioner decides to initiate a new habeas corpus case.

3. The Clerk of the Court shall enter judgment dismissing the case without prejudice.

4. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 12/21
c:
Charles C. Wanamaker, III

2